IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-700-D

| | | |
|---|---|---|
| PATRICIA G. McDONALD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HARNETT HEALTH SYSTEMS, INC., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff's motion to file her first amended complaint [D.E. 11] is GRANTED. Plaintiff

shall file the first amended complaint not later than February 1, 2013. Defendants may respond to

the first amended complaint in accordance with the Federal Rules of Civil Procedure. Defendant's

motion to dismiss [D.E. 7] is DENIED as moot.

SO ORDERED. This **28** day of January 2013.

JAMES C. DEVER III
Chief United States District Judge