IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PATRICIA G. McDONALD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HARNETT HEALTH SYSTEM, INC., Plan ) <br> Administrator and/or Plan Sponsor, and ) <br> INTERACTIVE MEDICAL SYSTEMS ) <br> CORPORATION, Third-Party Professional ) <br> Benefits Administrator, ) <br> ) <br> Defendants. ) <br> ) | Case No. 05:12-CV-700-D |

## ORDER

UPON CONSIDERATION of Defendant Harnett Health System, Inc.'s ("Harnett Health") motion to grant as timely its Motion to Dismiss and Answer and Affirmative Defenses to the First Amended Complaint, it is hereby:

ORDERED that the motion is GRANTED; and it is FURTHER ORDERED that Harnett Health's Motion to Dismiss, Answer and Affirmative Defenses to the First Amended Complaint is and was timely filed.

This 6 day of March, 2013.

James C. Dever III
Chief United States District Judge