IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-700-D

| | | |
|---|---|---|
| PATRICIA G. McDONALD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HARNETT HEALTH SYSTEMS, INC., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

On February 25, 2013, Harnett Health Systems, Inc. filed a motion to dismiss plaintiff's second claim for relief [D.E. 19]. On March 7, 2013, plaintiff responded in opposition [D.E. 25]. The motion to dismiss [D.E. 19] is DENIED.

SO ORDERED. This 14 day of May 2013.

JAMES C. DEVER III
Chief United States District Judge